IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA E. WILLIAMS<br><br>vs.<br><br>YORK COUNTY AGRICULTURE SOCIETY; YORK FAIR AND YORK EXPO CENTER; REITHOFFER SHOWS, INC. | CIVIL ACTION<br><br>NO. 06-4720 (CMR) |

## ENTRY OF APPEARANCE AND DEMAND FOR JURY TRIAL

Kindly enter our appearance on behalf of defendants, **YORK COUNTY AGRICULTURE SOCIETY; YORK FAIR AND YORK EXPO CENTER**, in the within action. Defendants hereby demand a jury trial in this matter. Jury of twelve with alternates, demanded.

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS**

BY:_____
PHILLIP B. SILVERMAN, ESQUIRE
Attorney for Defendants, **YORK COUNTY AGRICULTURE SOCIETY; YORK FAIR AND YORK EXPO CENTER; REITHOFFER SHOWS, INC.**