# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANGELA WILLIAMS,** : | |
| : | |
| **Plaintiff,** : | |
| vs. : | **CIVIL NO. 06-4720** |
| : | |
| **YORK COUNTY** : | |
| **AGRICULTURAL SOCIETY, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 8th day of November, 2007, after two telephone conferences with counsel for the parties, and upon consideration of the attached letter, pursuant to the provisions of Local Rule of Civil Procedure 41.1(b),

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

BY THE COURT:
/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**